# Exhibit 2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| claim 1.1 A computer-based method of facilitating training in a computer-based neural network, the method comprising: | As described below, Cerence xUI™ is a computer-implemented voice AI assistant platform that utilizes advanced artificial intelligence models to receive user input signals (e.g., speech), process those inputs through deep neural network architectures, and generate corresponding contextual responses as output.<br><br>**Product Related Information Below:**<br><br><br><br>https://www.cerence.com/platforms/cerence-xui |

1

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | **Cerence AI Brings State-of-the-Art Voice Interaction to LG TVs with Human-Like Neural Text-to-Speech** <br><br> July 29, 2025 8:00am EDT      Download as PDF <br><br> **Smart home leader LG leverages multi-lingual text-to-speech from Cerence AI to enable its TVs to deliver information via spoken voice** <br><br> BURLINGTON, Mass., July 29, 2025 (GLOBE NEWSWIRE) -- Cerence Inc. (NASDAQ: CRNC) ("Cerence AI"), a global leader pioneering conversational AI-powered user experiences, today announced that LG Electronics Inc. is leveraging Cerence's cloud neural text-to-speech (TTS) technology to power voice interaction across its global television lineup, bringing a natural and engaging experience to tens of millions of households. The announcement marks an important step in Cerence AI's continued strategic expansion into new markets. <br><br> LG TVs now feature Cerence's AI-powered cloud neural TTS when the device is connected, as well as edge TTS, across 65 voices and languages, delivering high quality interaction and extensive functionality. Cerence TTS enables LG TVs to quickly respond to user inquiries via natural spoken words, creating a more natural, human-like user experience and simplifying users' interactions as they search for content and programming. Voice-powered interactions with LG TVs could look like: <br><br> https://investors.cerence.com/news-events/press-releases/detail/89/cerence-ai-brings-state-of-the-art-voice-interaction-to-lg-tvs-with-human-like-neural-text-to-speech <br><br> **CERENCE CONTROL CENTER - A VOICE INTERFACE FOR EMPATHIC HUMAN-MACHINE INTERACTION** <br> Voice interaction systems have been around for quite some time and have proven to be a very successful human-computer interface. They are a great way to interact with complex technical systems in a natural and human way, but there are still some challenges that need to be addressed. <br><br> One of the problems is the emotionality both in the speech output, within the dialog, and the recognition of the user emotion which has a great impact on the trust towards a system. Cerence is creating deep neural networks to recognize spoken language, detect emotions, and respond accordingly. <br><br> The CCC is a speech interaction system that enables us and our partners to interact with machines in an empathic way. It provides the building blocks, which in turn can be used by our partners to create and improve their own systems. All with the goal of being able to empathize with the user and thus build trust and make the interaction natural and intuitive. <br><br> To learn more about our work with EMMI, visit https://www.emmi-projekt.de/newsblog-en.html. <br><br> https://www.cerence.com/newsroom/blog/designing-a-digital-companion-that-increases-users-trust-in-vehicles-using-voice-and-sounds |
| claim 1.2 receiving an electrical input signal at a neuron in the computer-based neural | As highlighted below, The Cerence xUI™ platform receives speech input signals, which are converted into electrical audio signals processed by the system's ASR engine. The ASR engine operates using neural AI models comprising multiple layers (including LLM-based architectures), thereby disclosing the requirement of receiving an input signal at a neuron within a multi-layer neural network. |

2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| network that comprises a plurality of neuron layers; | **Product Related Information Below:**<br><br><br><br>https://www.cerence.com/platforms/cerence-xui<br><br><br><br>https://www.cerence.com/products/speech-input-output |

3

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As part of the EMMI project, Cerence created a Control Center that unifies a set of software components provided by Cerence. We refer to this control center as the Cerence Control Center (CCC). The CCC provides the following five key functions:<br><br>• Transcription of spoken language, Automatic Speech Recognition (ASR).<br><br>• Analysis and interpretation of the recognized words, Natural Language Understanding (NLU)<br><br>• Recognition and interpretation of paralinguistic information in speech and the emotional state of users (EMO)<br><br>• Creation and control of a dialog with the user (Dialog Manager)<br><br>• Synthetic generation of spoken language, Text-To-Speech (TTS)<br><br>**AUTOMATIC SPEECH RECOGNITION & NATURAL LANGUAGE UNDERSTANDING (ASR & NLU)**<br>The first key function is the recognition of the user's speech. This function is called speech recognition or ASR (Automatic Speech Recognition) for short. The speech recognition component in the CCC picks up the audio signal from the microphone, extracts the spoken language and converts it into text. For this purpose, language-specific models are used in the background.<br><br>The integration of speech recognition in the CCC was implemented in such a way that the microphone is always activated. A dialog can be initiated by the user with any wake-up word (WuW). Thus, the system continuously listens to hear if a phrase defined as a WuW is spoken and then interprets the subsequent words as input to the system. In addition, continuous listening is important for the emotion recognition component. Thus, it is possible to infer emotion from the incoming audio signal even if no voice command was spoken. But more about that later.<br><br>In the second step, the result of the speech recognition is passed to an NLU module. This analyzes the spoken words and a semantic representation is extracted from the text. For example, filler words can be filtered out and paraphrases for commands can be unified to a central user intent. For example, the instructions "Please drive me to Cologne" and "I would like to have a navigation to Cologne" can be unified to the same "intent." This makes further processing easier since it is no longer necessary to pay attention to different wordings, but only the user's intent is used.<br><br>**CERENCE CONTROL CENTER - A VOICE INTERFACE FOR EMPATHIC HUMAN-MACHINE INTERACTION**<br>Voice interaction systems have been around for quite some time and have proven to be a very successful human-computer interface. They are a great way to interact with complex technical systems in a natural and human way, but there are still some challenges that need to be addressed.<br><br>One of the problems is the emotionality both in the speech output, within the dialog, and the recognition of the user emotion which has a great impact on the trust towards a system. Cerence is creating deep neural networks to recognize spoken language, detect emotions, and respond accordingly.<br><br>https://www.cerence.com/newsroom/blog/designing-a-digital-companion-that-increases-users-trust-in-vehicles-using-voice-and-sounds |

4

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://investors.cerence.com/news-events/press-releases/detail/89/cerence-ai-brings-state-of-the-art-voice-interaction-to-lg-tvs-with-human-like-neural-text-to-speech |
| claim 1.3 applying a first non-linear transform to the input signal at the neuron to produce a plain signal; | As highlighted below, the Cerence xUI™ platform leverages Cerence Automotive Large Language Models (CaLLM™), developed in collaboration with NVIDIA and Microsoft. The CaLLM architecture incorporates NVIDIA TensorRT-LLM for optimized neural network execution. Large language models are composed of multiple deep neural network layers, each applying non-linear activation functions to input feature representations. These activation operations constitute non-linear transforms at the neuron level, generating intermediate activation outputs (i.e., plain signals) that are propagated for subsequent computational processing within the model.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://www.cerence.com/platforms/cerence-xui |

6

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle<br><br>**How TensorRT Works**<br><br>Speed up inference by 36X compared to CPU-only platforms.<br><br>Built on the NVIDIA® CUDA® parallel programming model, TensorRT includes libraries that optimize neural network models trained on all major frameworks, calibrate them for lower precision with high accuracy, and deploy them to hyperscale data centers, workstations, laptops, and edge devices. TensorRT optimizes inference using quantization, layer and tensor fusion, and kernel tuning techniques.<br><br>https://developer.nvidia.com/tensorrt |

7

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
|  | **Model Definition**<br><br>TensorRT-LLM has a Model Definition API that can be used to define Large Language Models. This API is built on top of the powerful TensorRT Python API to create graph representations of deep neural networks in TensorRT. To become familiar with the core concepts of the TensorRT API, refer to the Core Concepts section of the TensorRT documentation before proceeding further.<br><br>In TensorRT-LLM, the `tensorrt_llm.Builder` class contains a `tensorrt.Builder` object. That instance is used in the `tensorrt_llm.Builder.create_network` method to create an instance of the `tensorrt.INetworkDefinition` class. The `INetworkDefinition` object can then be populated using the free functions defined in the `tensorrt_llm.functional`.<br><br>To make it even easier for users, a few of the most standard activation functions found in LLMs are derived from that function:<br><br>```python<br># In tensorrt_llm.functional:<br><br>relu    = partial(activation, act_type=trt.ActivationType.RELU)<br>sigmoid = partial(activation, act_type=trt.ActivationType.SIGMOID)<br>```<br><br>Specialized activation functions can be used to assemble more advanced functions such as the `silu` activation:<br><br>```python<br># In tensorrt_llm.functional:<br><br>def silu(input: Tensor) -> Tensor:<br>    return input * sigmoid(input)<br>```<br><br>https://nvidia.github.io/TensorRT-LLM/latest/legacy/architecture/core-concepts.html |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| claim 1.4 applying a second non-linear transform to the input signal at a first gate in the neuron to produce a transform signal; | As highlighted below, the NVIDIA TensorRT-LLM explicitly shows that the TensorRT-LLM SDK supports standard deep learning activation functions such as ReLU, Sigmoid, Tanh, and also composite activations like SiLU, which combine basic activations in gated forms. This demonstrates that TensorRT-LLM explicitly incorporates non-linear activation functions at the neuron (layer) level within its graph definitions.<br><br>As Cerence's backend CaLLM™ is optimized with TensorRT-LLM, the inference engine necessarily applies second non-linear transforms within gating mechanisms.<br><br>**Product Related Information Below:**<br><br>## Model Definition<br><br>TensorRT-LLM has a Model Definition API that can be used to define Large Language Models. This API is built on top of the powerful TensorRT Python API to create graph representations of deep neural networks in TensorRT. To become familiar with the core concepts of the TensorRT API, refer to the Core Concepts section of the TensorRT documentation before proceeding further.<br><br>In TensorRT-LLM, the `tensorrt_llm.Builder` class contains a `tensorrt.Builder` object. That instance is used in the `tensorrt_llm.Builder.create_network` method to create an instance of the `tensorrt.INetworkDefinition` class. The `INetworkDefinition` object can then be populated using the free functions defined in the `tensorrt_llm.functional`. |

9

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | To make it even easier for users, a few of the most standard activation functions found in LLMs are derived from that function:<br><br>```\n# In tensorrt_llm.functional:\n\nrelu    = partial(activation, act_type=trt.ActivationType.RELU)\nsigmoid = partial(activation, act_type=trt.ActivationType.SIGMOID)\n```<br><br>Specialized activation functions can be used to assemble more advanced functions such as the `silu` activation:<br><br>```\n# In tensorrt_llm.functional:\n\ndef silu(input: Tensor) -> Tensor:\n    return input * sigmoid(input)\n```<br><br>https://nvidia.github.io/TensorRT-LLM/latest/legacy/architecture/core-concepts.html |

10

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://www.cerence.com/platforms/cerence-xui |

11

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle<br><br>**How TensorRT Works**<br><br>Speed up inference by 36X compared to CPU-only platforms.<br><br>Built on the NVIDIA® CUDA® parallel programming model, TensorRT includes libraries that optimize neural network models trained on all major frameworks, calibrate them for lower precision with high accuracy, and deploy them to hyperscale data centers, workstations, laptops, and edge devices. TensorRT optimizes inference using quantization, layer and tensor fusion, and kernel tuning techniques.<br><br>https://developer.nvidia.com/tensorrt |
| claim 1.5 applying a third non-linear transform to the input signal at a second gate in the neuron to | As highlighted below, As Cerence's backend CaLLM™ is optimized with TensorRT-LLM, the TensorRT-LLM documentation shows a standard gated construct where sigmoid(input) produces a gating signal that is then multiplied with the input (input * sigmoid(input)). This evidences a gate-generated signal (carry-like gating value) used to modulate (carry forward) a component of the input during inference. But it does not explicitly state that CaLLM specifically implements the patent's "second gate" and |

12

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| produce a carry signal; and | "carry signal" nomenclature. <br><br> **Product Related Information Below:** <br><br> # Model Definition <br><br> TensorRT-LLM has a Model Definition API that can be used to define Large Language Models. This API is built on top of the powerful TensorRT Python API to create graph representations of deep neural networks in TensorRT. To become familiar with the core concepts of the TensorRT API, refer to the Core Concepts section of the TensorRT documentation before proceeding further. <br><br> In TensorRT-LLM, the `tensorrt_llm.Builder` class contains a `tensorrt.Builder` object. That instance is used in the `tensorrt_llm.Builder.create_network` method to create an instance of the `tensorrt.INetworkDefinition` class. The `INetworkDefinition` object can then be populated using the free functions defined in the `tensorrt_llm.functional`. |

13

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
|  | To make it even easier for users, a few of the most standard activation functions found in LLMs are derived from that function: <br><br> ```python<br># In tensorrt_llm.functional:<br><br>relu    = partial(activation, act_type=trt.ActivationType.RELU)<br>sigmoid = partial(activation, act_type=trt.ActivationType.SIGMOID)<br>``` <br><br> Specialized activation functions can be used to assemble more advanced functions such as the `silu` activation: <br><br> ```python<br># In tensorrt_llm.functional:<br><br>def silu(input: Tensor) -> Tensor:<br>    return input * sigmoid(input)<br>``` <br><br> https://nvidia.github.io/TensorRT-LLM/latest/legacy/architecture/core-concepts.html |

14

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://www.cerence.com/platforms/cerence-xui |

15

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle |
| claim 1.6 calculating a weighted sum of a non-transformed first component of the input signal and the plain signal at the neuron, wherein calculating the weighted sum of the non-transformed first component of the input signal and the plain signal comprises: | As highlighted below, As Cerence's backend CaLLM™ is optimized with TensorRT-LLM, ResidualAdd" evidences an additive merge between a carried input component and a transformed sublayer output consistent with computing a sum of a non-transformed component and a transformed/activated ("plain") signal. TensorRT supports explicit tensor-addition primitives used to combine two signal components into a resulting output tensor (i.e., summed representation).<br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | <br>https://nvidia.github.io/TensorRT-LLM/commands/trtllm-build.html |

17

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| |  |

## Quantized Weights #

Weights of Q/DQ models can be specified using a high-precision data type (FP32, FP16, or BF16) or a low-precision quantized type (INT8, FP8, INT4, FP4). When TensorRT builds an engine, high-precision weights are quantized using the `IQuantizeLayer` scale, which operates on the weights. The quantized (low-precision) weights are stored in the engine plan file. When using pre-quantized weights, an `IDequantizeLayer` is required between the weights and the linear operator using the weights.

18

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
|  | https://docs.nvidia.com/deeplearning/tensorrt/latest/inference-library/work-quantized-types.html<br><br>**Cerence xUI™**<br><br>*Redefine in-vehicle interactions with our hybrid GenAI platform powered by our Cerence Automotive Large Language Model (CaLLM™) – on the edge and in the cloud – for seamless, personalized, conversational in-vehicle experiences.*<br><br>https://www.cerence.com/platforms/cerence-xui |

19

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle |
| claim 1.7 calculating, with at least one computer-based multiplier, a product of the plain signal and the transform signal to produce a weighted plain signal; | As highlighted below, As Cerence's backend CaLLM™ is optimized with TensorRT-LLM, TensorRT-LLM explicitly discloses a product operation between two signals: an input tensor ("plain signal"/activation input) and a gate-generated transform signal (sigmoid(input)), producing a weighted version of the input (input * sigmoid(input)). This aligns closely with "product of the plain signal and the transform signal to produce a weighted plain signal. Further, TensorRT explicitly supports a per-element multiplication operator, demonstrating the presence of a computer-based multiplier implementing signal×signal products in the inference graph.<br><br>**Product Related Information Below:** |

20

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | Specialized activation functions can be used to assemble more advanced functions such as the `silu` activation: <br><br> ```python<br># In tensorrt_llm.functional:<br><br>def silu(input: Tensor) -> Tensor:<br>    return input * sigmoid(input)<br>``` <br><br> When the TensorRT-LLM's Model Definition API is utilized, a graph of the network is assembled. The graph can later be traversed or transformed using the graph traversal API exposed by the `tensorrt.ILayer` class. That graph will also be optimized by TensorRT during the compilation of the engine, as explained in the next section. <br><br> https://nvidia.github.io/TensorRT-LLM/latest/legacy/architecture/core-concepts.html |

21

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | ## ElementWise<br><br>Computes a per-element binary operation between two input tensors to produce an output tensor. When applicable, broadcasting is used (refer to Shape Information for more information).<br><br>## Attributes<br><br>`operation` ElementWise operation can be one of:<br><br>- `SUM` $output = input1 + input2$<br>- `PROD` $output = input1 * input2$<br>- `MAX` $output = max(input1, input2)$<br>- `MIN` $output = min(input1, input2)$<br>- `SUB` $output = input1 - input2$<br>- `DIV` $output = \frac{input1}{input2}$<br><br>https://docs.nvidia.com/deeplearning/tensorrt/latest/_static/operators/ElementWise.html<br><br>## Cerence xUI™<br><br>*Redefine in-vehicle interactions with our hybrid GenAI platform powered by our Cerence Automotive Large Language Model (CaLLM™) – on the edge and in the cloud – for seamless, personalized, conversational in-vehicle experiences.*<br><br>https://www.cerence.com/platforms/cerence-xui |

22

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle |
| claim 1.8 calculating, with the at least one computer-based multiplier, a product of the non-transformed first component of the input signal and the carry signal to produce a weighted input signal component; and | As highlighted below, As Cerence's backend CaLLM™ is optimized with TensorRT-LLM demonstrates a gated multiplication pattern where an input tensor is multiplied by a non-linearly generated gate signal (sigmoid), producing a weighted input component consistent with the claim language. TensorRT explicitly supports signal × signal multiplication using a computer-based multiplier. This satisfies the claimed product of a non-transformed input component and a gate/carry signal.<br><br>**Product Related Information Below:** |

23

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| |  |

## Quantized Weights #

Weights of Q/DQ models can be specified using a high-precision data type (FP32, FP16, or BF16) or a low-precision quantized type (INT8, FP8, INT4, FP4). When TensorRT builds an engine, high-precision weights are quantized using the `IQuantizeLayer` scale, which operates on the weights. The quantized (low-precision) weights are stored in the engine plan file. When using pre-quantized weights, an `IDequantizeLayer` is required between the weights and the linear operator using the weights.

24

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://docs.nvidia.com/deeplearning/tensorrt/latest/inference-library/work-quantized-types.html<br><br>Specialized activation functions can be used to assemble more advanced functions such as the `silu` activation:<br><br>```<br># In tensorrt_llm.functional:<br><br>def silu(input: Tensor) -> Tensor:<br>    return input * sigmoid(input)<br>```<br><br>When the TensorRT-LLM's Model Definition API is utilized, a graph of the network is assembled. The graph can later be traversed or transformed using the graph traversal API exposed by the `tensorrt.ILayer` class. That graph will also be optimized by TensorRT during the compilation of the engine, as explained in the next section.<br><br>https://nvidia.github.io/TensorRT-LLM/latest/legacy/architecture/core-concepts.html |

25

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | **ElementWise**<br><br>Computes a per-element binary operation between two input tensors to produce an output tensor. When applicable, broadcasting is used (refer to Shape Information for more information).<br><br>**Attributes**<br><br>`operation` ElementWise operation can be one of:<br><br>• `SUM` $output = input1 + input2$<br>• `PROD` $output = input1 * input2$<br>• `MAX` $output = max(input1, input2)$<br>• `MIN` $output = min(input1, input2)$<br>• `SUB` $output = input1 - input2$<br>• `DIV` $output = \frac{input1}{input2}$<br><br>https://docs.nvidia.com/deeplearning/tensorrt/latest/_static/operators/ElementWise.html |

26

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | https://www.cerence.com/platforms/cerence-xui |

27

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
|  | As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle |
| claim 1.9 adding the weighted plain signal to the weighted input signal component to produce the weighted sum. | As highlighted below, As Cerence's backend CaLLM™ is optimized with TensorRT-LLM, TensorRT explicitly defines an addition operator combining two tensor inputs into a single output tensor, matching the claimed addition of weighted components. Further, the ResidualAdd demonstrates addition of a carried input component and a transformed output component, consistent with the claimed weighted sum structure.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | ## ElementWise<br><br>Computes a per-element binary operation between two input tensors to produce an output tensor. When applicable, broadcasting is used (refer to Shape Information for more information).<br><br>## Attributes<br><br>operation ElementWise operation can be one of:<br><br>• SUM $output = input1 + input2$<br>• PROD $output = input1 * input2$<br>• MAX $output = max(input1, input2)$<br>• MIN $output = min(input1, input2)$<br><br>https://docs.nvidia.com/deeplearning/tensorrt/latest/_static/operators/ElementWise.html<br><br> |

29

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| |  https://docs.nvidia.com/deeplearning/tensorrt/latest/inference-library/work-quantized-types.html<br><br>https://nvidia.github.io/TensorRT-LLM/commands/trtllm-build.html |

30

| U.S. Patent No. 1,098,4320 B2 [Claim] | Cerence xUI™ [Relevant Text / Images] |
|---|---|
| | **Cerence xUI™**<br><br>*Redefine in-vehicle interactions with our hybrid GenAI platform powered by our Cerence Automotive Large Language Model (CaLLM™) – on the edge and in the cloud – for seamless, personalized, conversational in-vehicle experiences.*<br><br>https://www.cerence.com/platforms/cerence-xui<br><br>As the foundation for Cerence xUI, the CaLLM family of language models is based on open-source foundation models and fine-tuned on Cerence AI's automotive dataset. Leveraging<br><br>NVIDIA AI Enterprise<br><br>, an end-to-end, cloud-native software platform optimized for inference performance including<br><br>NVIDIA TensorRT-LLM<br><br>https://www.nasdaq.com/articles/cerence-inc-launches-cerence-xui-innovative-ai-assistant-platform-next-generation-vehicle |

31